# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**ROGER DALE SMITH**                                               **PLAINTIFF**

v.                        No. 3:19-cv-9-DPM

**POINSETT COUNTY DETENTION
CENTER; CRAIGHEAD COUNTY
DETENTION CENTER; DOE, Poinsett
County Circuit Court Clerk; and
K. BOWERS, Administrator, Craighead County**     **DEFENDANTS**

## ORDER

**1.** Smith hasn't paid the filing and administrative fees or filed an application to proceed *in forma pauperis*. He must do one or the other by 1 March 2019. If he doesn't then his case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

**2.** The Court directs the Clerk to mail Smith an application to proceed *in forma pauperis*. If the Court grants Smith permission to proceed *in forma pauperis*, then he will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 January 2019