# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

ROGER DALE SMITH                                                    PLAINTIFF

v.                         No. 3:19-cv-9-DPM

POINSETT COUNTY DETENTION
CENTER; CRAIGHEAD COUNTY
DETENTION CENTER; DOE, Poinsett
County Circuit Court Clerk; and K.
BOWERS, Administrator, Craighead County                             DEFENDANTS

## ORDER

Smith hasn't paid the $400 filing and administrative fees or filed an application to proceed *in forma pauperis*. № 5. Instead, his mail is being returned undelivered. № 4 & № 6-8. Smith's complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 March 2019