IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROGER DALE SMITH                                              PLAINTIFF

v.                       No. 3:19-cv-9-DPM

POINSETT COUNTY DETENTION
CENTER; CRAIGHEAD COUNTY
DETENTION CENTER; DOE, Poinsett
County Circuit Court Clerk; and K.
BOWERS, Administrator, Craighead County         DEFENDANTS

## JUDGMENT

Smith's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 March 2019